**99–1934. Duryee v. Rogers.**
Franklin App. Nos. 98AP–1255 and 98AP–1256. This cause is pending before the court as a discretionary appeal and cross-appeal. Upon consideration of the application for dismissal of the cross-appeal by appellee/cross-appellant, Harold T. Duryee, in his capacity as liquidator of P.I.E. Mutual Insurance Company,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted.

IT IS FURTHER ORDERED that the appeal of James M. Marietta III remains pending.